1

2

3

4

5

6

7        **UNITED STATES DISTRICT COURT**

8        **DISTRICT OF NEVADA**

9

10   SADIE FRAZIER, personally as SPECIAL
     ADMINISTRATOR for the Estate of Eddie
11   Jackson, *et al*.,                                  Case No. 2:06-CV-01196-KJD-PAL

12          Plaintiff,                                   **ORDER**

13   v.

14   WILLIAM PRICE, *et al*.,

15          Defendants.

16

17          Presently before the Court is Plaintiffs' Motion for Summary Judgment (#10).  Defendants

18   filed a response in opposition (#11) to which Plaintiffs replied (#14).  Plaintiff's complaint was filed

19   August 30, 2006.  The present motion for summary judgment was filed October 12, 2006 before a

20   discovery plan or scheduling order had been entered.

21          In opposition to the motion, Defendants have requested that the Court deny Plaintiffs' motion

22   pursuant to Federal Rule of Civil Procedure 56(f) in order to allow Defendants' to conduct discovery.

23   "Where...a summary judgment motion is filed so early in the litigation, before a party has had any

24   realistic opportunity to pursue discovery relating to its theory of the case, district courts should grant

25   any Rule 56(f) motion fairly freely."  <u>Burlington N. Santa Fe Ry. Co. v. Assiniboine and Sioux</u>

26   <u>Tribes</u>, 323 F.3d 767, 773 (9th Cir. 2003).  Having read and considered the pleadings, motions, and

affidavits of the parties, the Court denies Plaintiffs' motion for summary judgment without prejudice in accordance with Rule 56(f).

**IT IS SO ORDERED.**

DATED this 4th day of January 2007.

_____
Kent J. Dawson
United States District Judge